[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-14547
Non-Argument Calendar

_____

D.C. Docket No. 0:16-cr-60201-BB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

YASEEN ABDUL-WAHHAB,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 27, 2018)

Before WILSON, NEWSOM and HULL, Circuit Judges.

PER CURIAM:

Khurrum Wahid, appointed counsel for Yaseen Abdul-Wahhab in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Abdul-Wahhab's conviction and sentence are **AFFIRMED**.

Moreover, Abdul-Wahhab's motion for appointment of substitute counsel is

**DENIED** as moot.